WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,          )<br>          Plaintiff,          )<br>vs.          )<br>Andrew Littleman,          )<br>          Defendant.          )<br>_____) | CR 02-1104-001-PCT-FJM<br><br>**ORDER** |

A status hearing regarding detention and preliminary revocation on the Petition on Supervised Release was held on November 18, 2005.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 46(c) FED.R.CRIM.P. that he is neither a flight risk nor a danger to the community. United States v. Loya, 23 F.3d 1529 (9th Cir. 1994).

1  **IT IS ORDERED** that the Defendant shall be detained pending further order of the
2  court.
3  DATED this 18ᵗʰ day of November, 2005.

4

5  _(signature)_
6  Lawrence O. Anderson
   United States Magistrate Judge